CHARLES K. CHINEDUH (SBN 273258)
Charles.Chineduh@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: 310-596-4500

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE CARTER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-00422-LAB-BGS<br><br>(Hon. Larry Alan Burns<br> Ctrm 14A – 14th Floor)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Filed Concurrently with [Proposed] Order]<br><br>Complaint Filed: March 8, 2023 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), and following the settlement of this matter, Plaintiff Melanie Carter and Defendant Life Insurance Company of North America, by and through their respective attorneys of record, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

DATED: July 10, 2023          MAYNARD NEXSEN LLP

                              By: */s/ Charles K. Chineduh*
                              CHARLES K. CHINEDUH
                              Attorneys for Defendant
                              LIFE INSURANCE COMPANY OF
                              NORTH AMERICA


DATED: July 10, 2023          BONNICI LAW GROUP, APC

                              By: */s/ Joshua M. Bonnici*
                              JOSHUA M. BONNICI
                              Attorneys for Plaintiff
                              MELANIE CARTER

## FILER'S CERTIFICATION

Pursuant to Section 2(f)(4) of the electronic case filing administrative policies and procedures, I hereby certify that the content is acceptable to **Joshua M. Bonnici**, counsel for Plaintiff **Melanie Carter**. On July 7, 2023, I obtained Mr. Bonnici's authorization to affix his electronic signature.

                              By: /s/ Charles K. Chineduh
                                  Charles K. Chineduh

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard Nexsen LLP, 10100 Santa Monica Boulevard, Suite 500, Los Angeles, California 90067. On the date indicated below, I served the foregoing document described as:

**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

JOSHUA M. BONNICI, Esq. [SBN: 281560]
BONNICI LAW GROUP, APC
1650 5th Ave., Suite 625
San Diego, CA 92101
Email: josh@bonnicilawgroup.com
*Attorneys for Plaintiffs*

[X]    **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

    I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on July 10, 2023, in Los Angeles, California.

                                                  */s/ Ayanna Clutchette*
                                                Ayanna Clutchette