# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE CARTER, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cv-422-LAB-BGS<br><br>**ORDER OF DISMISSAL [Dkt. 11]** |

Plaintiff Melanie Carter and Defendant Life Insurance Company of North America filed a Joint Motion for Dismissal of Action with Prejudice. (Dkt. 11). The parties represent they have reached a settlement in this matter and request the Court dismiss the entire action with prejudice. (*Id.*). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Motion is **GRANTED,** and the case is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own attorneys' fees and costs. The Clerk is directed to terminate this case.

**IT IS SO ORDERED**.

Dated: July 12, 2023

_____
**Hon. Larry Alan Burns**
United States District Judge